IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARREYLL T. THOMAS,

    Plaintiff,

                                                  Case No. 20-cv-1080-bbc

  v.

NICOLE DOE, JEFF DOE,
and DANE COUNTY JAIL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 5/5/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |